DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICENTE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00328 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| VICENTE GOMEZ, ) | Date: April 18, 2011 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for April 4, 2011, **may be continued to April 18, 2011, at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and to allow the parties additional time for plea negotiation and to pursue case resolution prior to hearing. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 31, 2011          /s/ Ian Garriques
                                      IAN GARRIQUES
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  March 31, 2011          /s/ Melody M. Walcott
                                      MELODY M. WALCOTT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      VICENTE GOMEZ

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   March 31, 2011

                                      CHIEF UNITED STATES DISTRICT JUDGE